CHARLES PATTERSON NUNNALLY
CASE #15-30369

## DECLARATION

I declare under penalty of perjury that I do not have any or all of my payment advices from an employer within the last sixty (60) days for the following reason(s):

*I am retired.*

This __2nd__ day of __April__, 2015.

__Charles P Nunnally__
DEBTOR

SEND INQUIRIES TO:


**Delta Community** CREDIT UNION

P.O. Box 20541 Atlanta, GA 30320-2541
www.DeltaCommunityCU.com

ACCOUNTS ARE **NON-TRANSFERABLE** EXCEPT ON THE BOOKS OF THIS CREDIT UNION.

CHARLES PATTERSON NUNNALLY
1357 HULL ROAD
ATHENS GA 30601-3925

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS AND ELECTRONIC TRANSFER ERRORS.

| ACCOUNT NUMBER | 0000363382 |
|---|---|
| STATEMENT PERIOD | FROM 02/01/15  THRU 02/28/15 |
| DIRECT INQUIRIES TO: | 404-715-4725  or  1-800-544-3328 |
| AUDIOLINE | 404-715-4627  or  1-800-334-7536 |
| PAGE | 1 |

THE FINANCE CHARGE for an open-end loan is computed by applying the periodic rate to each unpaid balance for the exact number of days each balance was outstanding. The balance used to compute the FINANCE CHARGE is that balance each day after credits are subtracted and new advances or other charges are added.

**DEBITS: New Loans, Refinanced Loans, Add-Ons or Principal Reversal.

| Posting Date | Effective Date | Transaction Description | Payment, Credits Or Debits** | FINANCE CHARGE | Fees or Charges | Transaction Amount | NEW BALANCE |
|---|---|---|---|---|---|---|---|
| 02/01 | | ID 0000 SAVINGS Balance Forward | | | | | 5.00 |
| 02/28 | | Ending Balance | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 02/01 | | ID 0010 CHECKING 565730 Balance Forward | | | | | 5.07 |
| 02/02 | | Deposit ACH BENEFIT GROUND R | | | | 328.87 | 333.94 |
| | | TYPE: REG SALARY CO: BENEFIT GROUND R | | | | | |
| 02/02 | | Withdrawal Home Banking Transfer To Loan 0095 | | | | 160.00- | 173.94 |
| 02/06 | | Withdrawal Check Card | | | | 30.81- | 143.13 |
| | | 02/05 2469029503798000310808 LITTLE CITY DINER WINTERVILLE GA | | | | | |
| 02/11 | | Withdrawal Check Card | | | | 12.00- | 131.13 |
| | | 02/11 2469216504200083262376 ZAX57 ATHENS GA | | | | | |
| 02/17 | | Withdrawal Check Card | | | | 21.91- | 109.22 |
| | | 02/17 2444571504830013634708 KROGER FUEL CTR #1618 ATHENS GA | | | | | |
| 02/24 | | Withdrawal Check Card | | | | 32.00- | 77.22 |
| | | 02/22 2413747505500666939149 THE WORLD FAMOUS ATHENS GA | | | | | |
| 02/24 | | Withdrawal Check Card | | | | 11.75- | 65.47 |
| | | 02/24 2469216505500099556153 ZAX57 ATHENS GA | | | | | |
| 02/24 | | Withdrawal POS #505516277558 | | | | 27.64- | 37.83 |
| | | INGLES MARKETS #450 HULL GA | | | | | |
| 02/27 | | Withdrawal Check Card | | | | 28.50- | 9.33 |
| | | 02/26 2421073505820633200117 THE OFFICE LOUNGE ATHENS GA | | | | | |
| 02/28 | | Ending Balance | | | | | 9.33 |
| | | Dividends Paid Year to Date | | | | 0.00 | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Returned Item Fees | 0.00 | 0.00 |
| Total Overdraft Fees | 0.00 | 0.00 |

| 02/01 | | ID 0035 MONEY MARKET 2647675 Balance Forward | | | | | 0.00 |
|---|---|---|---|---|---|---|---|
| 02/28 | | Ending Balance | | | | | 0.00 |
| | | Dividends Paid Year to Date | | | | 0.00 | |

--- Continued on following page ---
CHECK SEARCH


NCUA
This credit union is federally insured by the National Credit Union Administration.
EQUAL HOUSING LENDER

BENEFIT CHANGE NOTICE — ...SYSTEM OF GEORGIA

CRYSTAL E NUNNALLY    FOR 01/01/2015

Retirement No.    497734

Fed Tax Single tax table with 2 allowances
GA Tax Single with 0 allowances

| Payroll Items for 01/01/2015 | Current Payroll Totals | Previous Year's Total for 2014 |
|---|---|---|
| Gross Benefit | 1,731.45 | 15,352.74 |
| Federal Tax | 92.53 | 822.01 |
| Georgia Tax | 76.59 | 671.15 |
| Net Benefit Amount | 1,562.33 | 13,859.58 |

\* January 1, 2015 - New Federal Tax Tables become effective and were used to calculate the federal tax withheld from your benefit.\* The bi-annual 1.50% cost of living increase has been added to your gross benefit.

# TEACHERS RETIREMENT SYSTEM OF GEORGIA
## BENEFIT CHANGE NOTICE FOR 01/01/2015

| CRYSTAL E NUNNALLY | Retirement No. 497734 |
|---|---|

Fed Tax  No withholding was requested
GA Tax   No withholding was requested

| Payroll Items for 01/01/2015 | Current Payroll Totals | Previous Year's Total for 2014 |
|---|---|---|
| Gross Benefit | 755.47 | 8,865.72 |
| Net Benefit Amount | 755.47 | 8,865.72 |

\* January 1, 2015 - New Federal Tax Tables become effective and were used to calculate the federal tax withheld from your benefit.\* The bi-annual 1.50% cost of living increase has been added to your gross benefit.